**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>JAMAL FLEMING,<br><br>          Defendant. | Case No. 23-cr-370 (JMC) |

## <u>ORDER</u>

Jamal Fleming moves for a modification of his sentence under 18 U.S.C. § 3582(c)(2), arguing that because of a 2023 amendment to the sentencing guidelines the Court should reduce his term of imprisonment. *See* ECF 39. The amendment Fleming cites was effective as of November 1, 2023. *See* U.S. Sent'g Guidelines Manual app. C amendment 821. Fleming was sentenced almost exactly one year later, on October 29, 2024. *See* Oct. 29, 2024 Min. Entry. Because the Court had the benefit of the amendment on which Fleming relies at the time of his sentencing, the Court **DENIES** Fleming's motion to modify his sentence.

    **SO ORDERED.**

                                      _____

                                      JIA M. COBB<br>                                      United States District Judge

Date: July 1, 2026

1